IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK R. DAVIS										PLAINTIFF
ADC #96353

V.				NO.  5:06CV00286 JMM

DOES, et al										DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint voluntarily, in its entirety, without prejudice.

IT IS SO ORDERED this 12th day of December, 2006.


_____
UNITED STATES DISTRICT JUDGE